GRACE J. KINSEY, RESPONDENT, v. HUDSON AND MANHATTAN RAILROAD CO., APPELLANT.

Submitted October 29, 1943—Decided January 27, 1944.

For the respondent, *Max A. Sturm.*

For the appellant, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, CASE, DONGES, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.